IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MARCOS T. HERNANDEZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-04-227 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL SECURITY | § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge entered on September 6, 2006, to which Plaintiff has not filed his objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Magistrate Judge's Report and Recommendation should be, and it is hereby, **ACCEPTED** in its entirety and incorporated by reference herein.  Accordingly, Defendant's Motion for Summary Judgment (Instrument No. 13) is **GRANTED**; Plaintiff's Motion for Summary Judgment (Instrument No. 10) is **DENIED**; and the above-styled action is **DISMISSED** for lack of jurisdiction because Plaintiff has not exhausted his administrative remedies.

**DONE** at Galveston, Texas this _____27th_____ day of September, 2006.

Samuel B. Kent
United States District Judge