IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MARCOS T. HERNANDEZ | § § | |
| v. | § § | CIVIL ACTION NO. G-04-227 |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | § § § | |

# FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this ____27th____ day of September, 2006.

Samuel B. Kent
United States District Judge